WWR #04142944

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KEY ELECTRONIC SERVICES, A DIVISION OF KEY BANK USA, NATIONAL ASSOCIATION AND KEY BANK NATIONAL ASSOCIATION, </br></br>   Plaintiff, </br></br>vs. </br></br>EMPRO OF ARIZONA, LLC, et al., </br></br>   Defendants. | CASE NO.  1:05CV701 </br></br>JUDGE SOLOMON OLIVER JR. </br></br></br></br></br>***ORDER OF DISMISSAL WITHOUT PREJUDICE*** |

Plaintiffs Complaint is hereby dismissed against Defendants pursuant to Fed.R.Civ.P. 41(a)(2), without prejudice with each party to bear its own costs.

          IT IS SO ORDERED,

         /s/SOLOMON OLIVER, JR.
         ―――――――――――――――
         JUDGE SOLOMON OLIVER, JR.
         UNITED STATES DISTRICT JUDGE